PAUL L. REIN, ESQ. (State Bar No. 43053)
CELIA MCGUINNESS, ESQ. (State Bar No. 159420)
CATHERINE CABALO, ESQ. (State Bar No. 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
GERARDO HERNANDEZ

JOHN C. BEIERS, COUNTY COUNSEL (State Bar No. 144282)
KATHRYN E. MEOLA, ESQ. (State Bar No. 172034)
KRISTINA M. PASZEK, ESQ. (State Bar No. 226351)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4250
Facsimile: (650) 363-4034
E-mail: kmeola@smcgov.org
E-mail: kpaszek@smcgov.org

Attorneys for Defendant
SAN MATEO COUNTY COMMUNITY
COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERARDO HERNANDEZ,

Plaintiff,

v.

SAN MATEO COUNTY COMMUNIDTY COLLEGE DISTRICT (CANADA COLLEGE); DOES 1-10, inclusive,

Defendants.

Case No. C14-05317 RS

Civil Rights

**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEADLINE FOR JOINT INSPECTION**

Action Filed: December 4, 2014

**STIPULATION**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

WHEREAS, this case has been assigned for early disclosures and mediation under General Order 56;

WHEREAS, the deadline for the parties to hold a joint inspection of premises under General Order 56 and the Court's Scheduling Order of December 8, 2014 (hereinafter the "Scheduling Order"), is March 19, 2015,

WHEREAS, the parties have attempted to schedule a timely joint inspection but have been unable to find dates prior to March 19, 2015, when the parties, their counsel, and their consultants are all available;

IT IS HEREBY STIPULATED by and among plaintiff and defendant to continue the deadline for the joint inspection of premises until May 22, 2015.

**IT IS SO STIPULATED.**

Dated: March 11, 2015

LAW OFFICES OF PAUL L. REIN

_______________/s/_________________
By: CATHERINE CABALO, ESQ.
Attorneys for Plaintiff
GERARDO HERNANDEZ

Dated: March 11, 2015

JOHN C. BEIERS, COUNTY COUNSEL

_____________/s/_____________________
By: KRISTINA M. PASZEK, DEPUTY
Attorneys for Defendant
SAN MATEO COUNTY COMMUNITY COLLEGE DISTRICT

**FILER'S ATTESTATION**

Pursuant to General Order 45, section X(B), I hereby attest that on March 11, 2015, I, Kristina Paszek, Deputy County Counsel, San Mateo County Counsel's Office, received the concurrence of Catherine Cabalo, Esq., Attorney for Plaintiff, in the filing of this document.

**ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ORDERED that the deadline for the parties to conduct the joint inspection under General Order 56 and the Court's Scheduling Order of December 8, 2014 is HEREBY CONTINUED from March 19, 2015 to May 22, 2015.

**IT IS SO ORDERED.**

Dated: 3/12/15

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE