PAUL L. REIN, ESQ. (State Bar No. 43053)
CELIA MCGUINNESS, ESQ. (State Bar No. 159420)
CATHERINE CABALO, ESQ. (State Bar No. 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  (510) 832-5001
Facsimile:  (510) 832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
GERARDO HERNANDEZ

*Defendant's counsel listed after the caption*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>           Plaintiff,<br><br>    v.<br><br>SAN MATEO COUNTY COMMUNIDTY COLLEGE DISTRICT (CANADA COLLEGE); DOES 1-10, inclusive,<br><br>           Defendant. | Case No. 3:14-cv-05317 RS<br><br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO MEDIATE UNDER GENERAL ORDER 56**<br><br>Action Filed: December 4, 2014 |

JOHN C. BEIERS, COUNTY COUNSEL (State Bar No. 144282)
KATHRYN E. MEOLA, ESQ. (State Bar No. 172034)
KRISTINA M. PASZEK, ESQ. (State Bar No. 226351)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4250
Facsimile: (650) 363-4034
E-mail:  kmeola@smcgov.org
E-mail:  kpaszek@smcgov.org

Attorneys for Defendant
SAN MATEO COUNTY COMMUNITY COLLEGE DISTRICT

## STIPULATION

Plaintiff GERARDO HERNANDEZ ("Plaintiff") and defendant SAN MATEO COUNTY COMMUNITY COLLEGE DISTRICT ("Defendant") – Plaintiff and Defendant together the "Parties" -- hereby stipulate and request that the Court extend the deadline for the Parties to mediate under General Order 56.  The Parties do so based on the following Good Cause:

1. Plaintiff filed his action on December 4, 2014.
2. The subject property is Canada College, a large college campus located in Redwood City, California.
3. The Parties have been working cooperatively within the parameters of General Order 56 to resolve Plaintiff's claims, including conducting a joint site inspection on April 21, 2015 and April 22, 2015.
4. Plaintiff issued an injunctive relief demand and disclosed his access consultant's report to Defendant on June 22, 2015.  Based on the report of Plaintiff's access consultant, Plaintiff alleges many issues related to disabled access at the subject property.
5. Plaintiff filed a Notice of Need for Mediation on July 6, 2015.  Docket No. 19.
6. The case was referred to mediation on July 10, 2015, and assigned a mediator on August 26, 2015.  Docket No. 20.
7. Since that time, the Parties have continued to negotiate the settlement of injunctive relief.
8. The Parties have scheduled an in-person meet and confer, which will include all counsel, Defendants' representatives, and the Parties' access consultants on September 22, 2015.
9. During a pre-mediation teleconference with the assigned General Order 56 mediator, The Honorable James Lambden (Ret.), on September 14, 2015, the mediator and the Parties tentatively agreed to a mediation date of October 29, 2015.

10. Presently, the deadline to mediate under General Order 56 is October 5, 2015.

To keep costs down in this case and to facilitate efficient resolution of the case through mediation and the General Order 56 process, the Parties therefore stipulate and request that the Court Order the deadline for mediation to take place under General Order 56 be extended to November 20, 2015.

**IT IS SO STIPULATED.**

Dated:  September 17, 2015         LAW OFFICES OF PAUL L. REIN

                                           */Catherine Cabalo*
                                       By:  CATHERINE CABALO, ESQ.
                                       Attorneys for Plaintiff
                                       GERARDO HERNANDEZ

Dated:  September 16, 2015         SAN MATEO COUNTY COUNSEL

                                          */s/ Kristina Paszek*
                                       By:  KRISTINA PASZEK, ESQ.
                                       Attorneys for Defendant
                                       SAN MATEO COUNTY COMMUNITY
                                       COLLEGE DISTRICT

**<u>ORDER</u>**

For GOOD CAUSE SHOWN and for the reasons set forth above, the deadline for the parties to complete mediation through General Order 56 shall be November 20, 2015.

**IT IS SO ORDERED.**

Dated:  9/18, 2015         _____
                                     Honorable Richard Seeborg
                                     United States District Court Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DEADLINE FOR GO 56 MEDIATION
Case No. 3:14-cv-05317 RS           S:\CASES\CANADA COLLEGE\Pleadings\Final Stip to continue Deadline to mediate.docx

# FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on September 16, 2015, I, Catherine Cabalo, attorney with The Law Office of Paul L. Rein, received the concurrence of Kristina Paszek, counsel for Defendant, in the filing of this document.

*/s/ Catherine Cabalo*
Catherine Cabalo

- 4 -

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DEADLINE FOR GO 56 MEDIATION
Case No. 3:14-cv-05317 RS                             S:\CASES\CANADA COLLEGE\Pleadings\Final Stip to continue Deadline to mediate.docx