1 | PAUL L. REIN, ESQ. (State Bar No. 43053)
2 | CELIA MCGUINNESS, ESQ. (State Bar No. 159420)
    LAW OFFICES OF PAUL L. REIN
3 | 200 Lakeside Drive, Suite A
    Oakland, CA  94612
4 | Telephone:  (510) 832-5001
    Facsimile:  (510) 832-4787
5 | reinlawoffice@aol.com

6 | Attorneys for Plaintiff
    GERARDO HERNANDEZ

*Defendant's counsel listed after the caption*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GERARDO HERNANDEZ, | Case No. 3:14-cv-05317 RS |
|---|---|
| Plaintiff, | Civil Rights |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION** |
| SAN MATEO COUNTY COMMUNIDTY COLLEGE DISTRICT (CANADA COLLEGE); DOES 1-10, inclusive, | Action Filed: December 19, 2014 |
| Defendant. | |

JOHN C. BEIERS, COUNTY COUNSEL (State Bar No. 144282)
KATHRYN E. MEOLA, ESQ. (State Bar No. 172034)
KRISTINA M. PASZEK, ESQ. (State Bar No. 226351)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4250
Facsimile: (650) 363-4034
E-mail:  kmeola@smcgov.org
E-mail:  kpaszek@smcgov.org

Attorneys for Defendant
SAN MATEO COUNTY COMMUNITY COLLEGE DISTRICT

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(1). The Parties have resolved their disputes as to injunctive relief, damages and attorney fees, litigation expenses and costs. **IT IS SO STIPULATED.**

**IT IS SO STIPULATED.**

Dated: February 19, 2016                    LAW OFFICES OF PAUL L. REIN

                                                         */s/ Paul L. Rein*
By:  PAUL L. REIN, ESQ.
Attorneys for Plaintiff
GERARDO HERNANDEZ

Dated: February 19, 2016                    SAN MATEO COUNTY COUNSEL

                                                         */s/Kristina Paszek*
By:  KRISTINA PASZEK, ESQ.
Attorneys for Defendant
SAN MATEO COUNTY COMMUNITY
COLLEGE DISTRICT

- 2 -

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL OF ACTION
Case No. 3:14-cv-05317 RS                    S:\CASES\CANADA COLLEGE\Pleadings\2016 02 19 - stip to dismiss.docx

**ORDER**

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED**.

Dated: 2/19, 2016

_____
Honorable Richard Seeborg
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL OF ACTION
Case No. 3:14-cv-05317 RS                                         S:\CASES\CANADA COLLEGE\Pleadings\2016 02 19 - stip to dismiss.docx